IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENDA CORICA,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | |
| **PHILADELPHIA MENTAL HEALTH CARE CORP.,** | : | **NO. 09-5766** |
| | : | |
| **Defendant.** | | |

## ORDER

AND NOW, this 12th day of October, 2012, upon consideration of Defendant Philadelphia Mental Health Care Corporation's Motion for Summary Judgment (Docket Nos. 15-27), Plaintiff Brenda Corica's Opposition thereto (Docket Nos. 35-37), and the contentions of the parties at oral argument, it is hereby ORDERED that the Defendant's Motion for Summary Judgment is DENIED.

A status conference in this matter is scheduled for Thursday, November 8, at 2:00 p.m. in Chambers, Room 10613, in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, to discuss revised deadlines and the parties' trial preparations.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge