IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENDA A. CORICA** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **PHILADELPHIA MENTAL** | : | |
| **HEALTH CARE CORP.** | : | NO. 09-5766 |

### O R D E R

**AND NOW, TO WIT:** this 25th day of March, 2013, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs; hence, the Final Pretrial Conference scheduled for February 1, 2013 at 3:00 p.m. is cancelled.

**MICHAEL E. KUNZ**, Clerk of Court

S/Rose A. Barber
Rose A. Barber
Deputy Clerk to
Judge Gene E.K. Pratter

Copies forwarded by ECF to:
Arthur D. Goldman
Brian Dean Boreman
Guy Vilim